# EXHIBIT 1

Dean family - Historical Collections of the Great Lakes - BGSU Univers...    file://///kotz-dc-file1/ATOSHARE2/CPWIN/History/241014_0001/[36...

Case 2:24-cv-13244-LJM-APP   ECF No. 1-1, PageID.13   Filed 12/05/24   Page 2 of 4

**BGSU University Libraries**

# Historical Collections of the Great Lakes

# Dean family

Historical Collections of the Great Lakes / Vessels / HELENE / Dean family

| | |
|---|---|
| **Name** | Dean family |
| **Vessel Owner For** | HELENE |
| **City** | Detroit |
| **State** | MI |
| **Country** | United States |
| **Begin Date** | 1 January 1980 |
| **Registry** | U.S. |
| **Official Number** | 226316 |

Bowling Green State University • Bowling Green, Ohio • 43403-0001 • 419-372-2531 • sprangm@bgsu.edu

**BGSU University Libraries**

# Historical Collections of the Great Lakes

# HELENE

Historical Collections of the Great Lakes / Vessels / HELENE



## Registry and Rig Information

| | |
|---|---|
| **Name** | HELENE |
| **Registry** | U.S. |
| **Official Number** | 226316 |
| **Rig** | Motor Yacht |

## Dimensions and Tonnage

| | |
|---|---|
| **Length** | 96.75 |
| **Width** | 16.66 |
| **Depth** | 7.66 |
| **Gross Tonnage** | 104.00 |
| **Net Tonnage** | 70.00 |
| **Hull Material** | Steel |
| **Hull Number** | 00121 |

## Vessel History

| | |
|---|---|
| **Rebuilds** | Tonnage change, 1975 (99 gross - 67 net). |

## Build Information

| | |
|---|---|
| **Builder** | Defoe Boat and Motor Works |
| **Place Built** | Bay City, MI |
| **Date Built** | 1927-00-00 |

## Source

| | |
|---|---|
| **Source** | HCGL |

## Vessel Owners

| Name | Begin Date | End Date | Registry | Official Number |
|---|---|---|---|---|
| C.M. Verbiest and Associates, Inc. | 1964-00-00 | 1980-01-01 | U.S. | 226316 |
| Charles E. Sorensen | 1927-00-00 | 1936-00-00 | U.S. | 226316 |
| Dean family | 1980-01-01 | | U.S. | 226316 |
| G.W. Ford Yacht Agency | 1946-00-00 | 1949-00-00 | U.S. | 226316 |
| Queens Tire and Supply Corp. | 1941-00-00 | 1943-00-00 | U.S. | 226316 |
| Robert C. Renolde | 1949-00-00 | 1962-00-00 | U.S. | 226316 |
| Robert S. Brown | 1936-00-00 | 1941-00-00 | U.S. | 226316 |
| Ruth L. Renolde | 1962-00-00 | 1964-00-00 | U.S. | 226316 |
| U.S. Government | 1943-00-00 | 1946-00-00 | U.S. | 226316 |

Bowling Green State University • Bowling Green, Ohio • 43403-0001 • 419-372-2531 • sprangm@bgsu.edu