# EXHIBIT 2



# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | 128867 |

**DEAN MARINE AND EXCAVATING INC**
75 AVERY STREET
MOUNT CLEMENS
MI 48043

| Bill To |
|---|
| Nicholson Terminal & Dock Company<br>360 E Great Lakes St<br>River Rouge, Mi<br>48218 |

| Phone # | E-mail | P.O. No. | Terms | Project |
|---|---|---|---|---|
| 586-855-6751 | doug@deanmarine.net | Dan Dean | Due on receipt | Nicholson Boat Salv... |

| Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/5/2024 | F550 Flatbed and Tag Trailer Transit DME MC Yard - Port of Detroit Pick up Spreader Beam, Transit to Nicholson Ecorse Dock - Transit to DME MC Yard | 6 | 125.00 | 750.00 |
| 3/8/2024 | Tug Enduring Freedom ST-911, and Crane Barge DME-167 Transit from DME Rouge Dock - Nicholson Ecorse Dock | 4 | 850.00 | 3,400.00 |
| 3/8/2024 | Crane Barge DME-167 with Manitowoc 222 100ton Crane, Deck Equipment and Crew | 4 | 1,500.00 | 6,000.00 |
| 3/8/2024 | Tug Enduring Freedom ST-911 Transit to BTI-2010. Transit BTI-2010 to Nicholson Ecorse Dock | 4 | 850.00 | 3,400.00 |
| 3/8/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and Crew | 4 | 1,500.00 | 6,000.00 |
| 3/11/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, 0700-1500 | 8 | 1,500.00 | 12,000.00 |
| 3/11/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1800 | 3 | 1,750.00 | 5,250.00 |
| 3/11/2024 | Crane Barge DME-167 with Manitowoc 222 100ton crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, 0700-1500 | 8 | 1,500.00 | 12,000.00 |

| Web Site | **Total US Funds** |
|---|---|
| | **Payments/Credits** |
| deanmarine.net | **Balance Due** |

Page 1



# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | 128867 |

**DEAN MARINE AND EXCAVATING INC**
75 AVERY STREET
MOUNT CLEMENS
MI 48043

| Bill To |
|---|
| Nicholson Terminal & Dock Company<br>360 E Great Lakes St<br>River Rouge, Mi<br>48218 |

| Phone # | E-mail | P.O. No. | Terms | Project |
|---|---|---|---|---|
| 586-855-6751 | doug@deanmarine.net | Dan Dean | Due on receipt | Nicholson Boat Salv... |

| Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/11/2024 | Crane Barge DME-167 with Manitowoc 222 100ton crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1800 | 3 | 1,750.00 | 5,250.00 |
| 3/11/2024 | 18' Support Vessel | 1 | 1,250.00 | 1,250.00 |
| 3/11/2024 | Tug Enduring Freedom ST-911 on site at Nicholson Boat Salvage 0700-1500 | 8 | 850.00 | 6,800.00 |
| 3/11/2024 | Tug Enduring Freedom ST-911 on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1800 | 3 | 1,150.00 | 3,450.00 |
| 3/12/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, 0700-1500 | 8 | 1,500.00 | 12,000.00 |
| 3/12/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and crew on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1700 | 2 | 1,750.00 | 3,500.00 |
| 3/12/2024 | Crane Barge DME-167 with Manitowoc 222 100ton Crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, 0700-1500 | 8 | 1,500.00 | 12,000.00 |
| 3/12/2024 | Crane Barge DME-167 with Manitowoc 222 100ton Crane, Deck Equipment and Crew on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1700 | 2 | 1,750.00 | 3,500.00 |
| 3/12/2024 | 18' Support Vessel | 1 | 1,250.00 | 1,250.00 |

| Web Site | **Total US Funds** | |
|---|---|---|
| | **Payments/Credits** | |
| deanmarine.net | **Balance Due** | |



# Invoice

| Date | Invoice # |
|---|---|
| 3/18/2024 | 128867 |

**DEAN MARINE AND EXCAVATING INC**
75 AVERY STREET
MOUNT CLEMENS
MI 48043

**Bill To**
Nicholson Terminal & Dock Company
360 E Great Lakes St
River Rouge, Mi
48218

| Phone # | E-mail | P.O. No. | Terms | Project |
|---|---|---|---|---|
| 586-855-6751 | doug@deanmarine.net | Dan Dean | Due on receipt | Nicholson Boat Salv... |

| Serviced | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 3/12/2024 | Tug Enduring Freedom ST-911 on site at Nicholson Boat Salvage, 0700-1500 | 8 | 850.00 | 6,800.00 |
| 3/12/2024 | Tug Enduring Freedom ST-911 on site at Nicholson Boat Salvage, OT Over 8 Hours 1500-1700 | 2 | 1,150.00 | 2,300.00 |
| 3/13/2024 | Tug Enduring Freedom ST-911, and DME-167 transit from Nicholson Ecorse Dock - DME Rouge Dock | 4 | 850.00 | 3,400.00 |
| 3/13/2024 | Crane Barge DME-167 with Manitowoc 222 100ton Crane, Deck Equipment and Crew | 4 | 1,500.00 | 6,000.00 |
| 3/13/2024 | Tug Enduring Freedom ST-911, BTI-2010 transit Nicholson Ecorse Dock - DME Rouge Dock | 4 | 850.00 | 3,400.00 |
| 3/13/2024 | Crane Barge BTI-2010 with Manitowoc 888 230ton Crane, Deck Equipment and Crew | 4 | 1,500.00 | 6,000.00 |
| 3/13/2024 | Rigging Equipment, Shackles, Straps, ETC. | 1 | 2,427.12 | 2,427.12 |

| | |
|---|---|
| **Total US Funds** | $128,127.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $128,127.12 |

Web Site
deanmarine.net

Page 3