# EXHIBIT 3

Customs Form 1850
TREASURY DEPARTMENT
I.IT, 122, 2.b, 2.B, 4.B, O.R.
1.B, O.N.
Dec. 1926

# GENERAL INDEX OR ABSTRACT OF TITLE

(4) _____

226316 (3) _____
(Official number)

oil screw (2) _____
(Rig)

New York, N.Y. (1) HELENE
(Former home port)        (Name of vessel)

This vessel was built at Bay City, Michigan in 1927 of steel
by Defoe Boat & Motor Works for Charles E. Sorensen
as appears by Certificate of H. J. Defoe, Principal carpenter for Defoe Boat & Motor Works, builder,
on file in this office.

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| RECORD AT NEW YORK, N.Y. | | | | | | | | |
| Copy of Abstract and Certificate of Record of Title from the Port of Detroit, Michigan in the District of Michigan dated April 18, 1929 | | | | | | | | |
| Master Carpenter's Certificate of Defoe Boat & Motor Works (builder) Bay City, Michigan on file in this office. | | | | | | | | |
| THERE ARE NO LIENS, MORTGAGES, OR ENCUMBRANCES AGAINST THE SAID VESSEL ON FILE IN THIS OFFICE. | | | | | | | | |
| RECORD OF VESSEL AT TOLEDO, OHIO | | | | | | | | |
| | | Abstract of Title issued at Detroit, under Sec. 30 Sub 8 H(c) MM Act 1920 | | | May 10, 1929 9 A.M. | Abstracts 19 | | |
| Charles E. Sorensen | C. O. Miniger | Bill of Sale  May 13, 1929  $1.00  Whole | | | May 18, 1929 at 9:30 A.M. | Book 18 Page 23 | | |
| Collector of Customs Toledo, Ohio | Collector of Customs Tampa, Florida | RECORD OF VESSEL AT TAMPA, FLORIDA  Abstract of Title  Nov. 4, 1935  Whole | | | Nov. 5, 1935 at 2:00 P.M. | Book 1362 A Page 157 | | |
| C. O. Miniger | Robert S. Brown | Bill of Sale  Oct. 29, 1935  $10.00  &other  Whole | | Nov. 5, 1935 | at 2:00 P.M. | Book 1347 o Page 41 | | |
| | | THERE ARE NO LIENS OR MORTGAGES OF RECORD IN THIS OFFICE AGAINST THE SAID VESSEL | | | | | | |
| | | RECORD AT NEW YORK, N.Y. | | | | | | |
| Collector of Customs Tampa, Florida | Collector of Customs New York, N.Y. | Abstract of Title  Apr. 9, 1941  Whole | | | April 16, 1941 at 10:25 A.M. | Book H(c)13 Page 56 | | |
| Robert S. Brown | Queens Tire & Supply Corporation | Bill of Sale  Apr. 9, 1941  $35,000.00  Whole | | | Apr. 16, 1941 at 10:25 A.M. | Book 102 y Page 88 | | |

Permanent Yacht Enrollment No. 103 issued at New York, N.Y. on Apr. 16, 1941 in the ownership of Queens Tire & Supply Corp. surrendered at New York, N.Y. on Feb. 18, 1943; Requisitioned by War Shipping Administration letter dated Feb. 4, 1943; redocumented at New York, N.Y. on May 27, 1946; Property changed and Permanent Yacht Enrollment issued in the ownership of Gerald W. Ford, doing business as G. W. Ford Yacht Agency

| Queens Tire & Supply Corp. | United States of America represented by the War Shipping Administration | Bill of Sale  Nov. 2, 1943  $37,500.00  Whole | | | May 27, 1946 at 3:45 P.M. | Book 40 Y 69 | | |
| United States of America represented by the Acting Administrator War Shipping Administration | Gerald W. Ford doing business as G. W. Ford Yacht Agency | Bill of Sale  May 3, 1946  $10.00  Whole | | | May 27, 1946 at 3:45 P.M. | 40 Y-66 | | |
| Collector of Customs New York, N.Y. | Collector of Customs Detroit, Michigan | Abstract of 4/12/49 | | | April 20, 1949 3:00 P.M. | Binder 1 Inst. 3 | | |

Customs Form 1332-A
TREASURY DEPARTMENT
Oct. 1943

# GENERAL INDEX OR ABSTRACT OF TITLE

## Continuation Sheet No. 1

(4) ..................
(3) ..................
226316 (Official number)
Oil Yacht (Rig) (2) ..................
Tampa, Florida (Former home port) (1) NELENE (Name of vessel)

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|

THERE ARE NO LIENS OR MORTGAGES OF RECORD IN THIS OFFICE AGAINST THE SAID VESSEL

I certify that the foregoing, which is issued in accordance with the provisions of Section 5.33 (1), Customs Regulations of 1943, incident to a change in home port, is a true abstract of title of the vessel described above, as appears by the records of this office.

NEW YORK, N.Y.

APRIL 15th 1949

William R. [signature]
Deputy Collector

APRIL 20.1949  BINDER
3:00 P.M.      No. 1
               INST. 2

[signature]
Dy Collector

Customs Form 1385
TREASURY DEPARTMENT
S.17, S.22, S.24, S.25—C. R. 1943
2.33, C. M. 1943
Oct. 1943

# GENERAL INDEX OR ABSTRACT OF TITLE

CONTINUATION SHEET NO. 2

(4) ..................

226316
(Official number)

(3) ..................

Cl. s.y.
(Rig)

(2) ..................

New York, N. Y.
(Former home port)

HELENE
(1) ..................
(Name of vessel)

This vessel was built at Bay City, Michigan in 1927 of Steel by Defoe Boat & Motor Works for Charles E. Sorensen as appears by the certificate of the builder, on file in this office, (Detroit, Mich.)

RECORD AT DETROIT, MICHIGAN

| GRANTOR | GRANTEE | Kind of instrument and part conveyed | Date of instrument and date of maturity | Consideration or amount and discharge amount | Received for record | Recorded | Time of endorsement and entry or approval of home port | Port where endorsed |
|---|---|---|---|---|---|---|---|---|
| Collector of Customs, New York, N.Y. | Collector of Customs, Detroit, Michigan | Abstract of Title | 4/13/49 | — — | April 20, 1949 3:00 P.M. | Binder 1 Inst. 2 | | |
| | | | | | | | A | |
| Gerald W. Ford, doing business as G. W. Ford Yacht Agency. | Albert E. Schwabacher | B/S | 3/31/46 | 1:00 & o.v.c. | April 20, 1949 3:00 P.M. | Book 1 B/S Inst. 179 | | |
| | | WHOLE | | | | | | |
| Albert E. Schwabacher | Robert C. Renolde | B/S | 2/17/49 | 10:00 & o.co | April 20, 1949 3:00 P.M. | Book 1 B/S Inst. 180 | | |
| | | WHOLE | | | | | April 20, 1949 | |
| Robert C. Renolde | Robert C. Renolde and Ruth L. Renolde | B/S | 11/16/59 | $1.00 & O.V.C. | November 16,1959 3:00 P.M. | Book 4 B/S Inst. 22 | November 16,1959 | |
| | | WHOLE | | | | | | |
| Ruth L. Renolde | C. M. Verbiest & Associates, Inc. | B/S | 8/11/64 | $75,000.00 | August 17, 1964 3:00 P.M. | B/S Book 5 Inst. 70 | August 17, 1964 | |
| | | WHOLE | | | | | | |
| C.M. Verbiest & Associates, Inc. | Shamrock Chartering Co. | B/S | 9 April 80 | $75,000.00 | 11 April 1980 10:40A.M. | B/S Book 12 Instr. 231 | 11 April 1980 | |
| | | Whole | | | | | | |

DELETED FROM DOCUMENTATION, 17 SEPTEMBER 1985
CLEVELAND, OH - FAILURE TO RENEW

10/1/85 - RETURNED VESSEL TO DOCUMENTATION AT CLEVELAND, OH
IN THE OWNERSHIP OF SHAMROCK CHARTERING CO.

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (REV. 9-92) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 13 | | | OFFICIAL NO. 226316 | |
|---|---|---|---|---|---|
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| M | 100% | 03MAR94 | $1,830,000.00 | BOX 2-94 | 370 |
| FILED PORT | DATE | | TIME | DATE TERMINATED | |
| CLEVELAND, OH | 21MAR94 | | 1:13PM | NA | |
| GRANTOR | SHAMROCK CHERTERING CO | | | | |
| GRANTEE | FIRST OF AMERICA BANK - SECURITY | | | | |
| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
| SMTG | 100% | 11/9/94 | $1,830,000.00 | BOX 6-94 | 164 |
| FILED PORT | DATE | | TIME | DATE TERMINATED | |
| CLEVELAND, OH | 11/15/94 | | 9:05 AM | NA | |
| GRANTOR | FIRST OF AMERICA BANK -SECURITY nka FIRST OF AMERICA BANK-SOUTHEAST MICHIGAN, N.A. | | | | |
| GRANTEE | SHAMROCK CHARTERING CO | | | | |

☐ ISSUED AS AN ABSTRACT OF TITLE          ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE:                    TIME:

PORT:                    PAGE        OF                    DOCUMENTATION OFFICER

PREVIOUS EDITION OBSOLETE          *U.S. Government Printing Office: 1992 — 312-673/62947          SN 7530-01-GF3-2260

ISSUED AS AN ABSTRACT OF TITLE AS OF

DATE: 10/17/2024     TIME: 6:30 AM

_Christine H. Wadham_
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER