UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dean Marine & Excavating, Inc.,

                    Plaintiff(s),

v.                                                          Case No. 2:24–cv–13244–LJM–APP
                                                            Hon. Laurie J. Michelson

The Vessel "Helene", et al.,

                    Defendant(s).

_____

**CLERK'S ENTRY OF DEFAULT**

Party in Default:  First of America Bank Security

    The default of the party named above for failure to plead or otherwise defend is entered.

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ L Hamka
                                            Deputy Clerk

Dated:  March 4, 2025